UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Diocese of Buffalo, N.Y.,<br><br>         Debtor. | Case No.: 20-10322 (CLB)<br><br>Chapter 11 |
| All Saints Roman Catholic Church Society of Buffalo, *et al*.,[1]<br><br>         Plaintiffs,<br><br>v.<br><br>21st Century Premier Insurance Company (f/k/a National Ben Franklin Fire Insurance Co. of Pittsburgh, PA), *et al*.,<br><br>         Defendants. | Adv. Proc. No.: 21-01001 (CLB) |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO RULE 7041 AND FEDERAL RULE 41**

Pursuant to Federal Rule of Civil Procedure 41, made applicable to this adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 7041, the undersigned parties, who have previously appeared in this proceeding, hereby stipulate that the above-captioned adversary proceeding be dismissed as to all claims asserted against to defendants American Automobile Insurance Company; American Guarantee and Liability Insurance Company; Bedivere Insurance Company (f/k/a Potomac Insurance Company and successor-in-interest to General Accident Insurance Company of America); Covenant Insurance Company (successor-in-interest of Covenant Mutual Insurance Company); Employers' Fire Insurance Company; Excelsior Insurance

---

[1] The Caption has been abbreviated pursuant to Federal Rule of Civil Procedure 10 and Federal Rule of Bankruptcy Procedure 7010. If you would like to see the full caption in this adversary proceeding, please refer to the Adversary Complaint found at Docket No. 1.

Company; Great American Insurance Company of New York (successor-in-interest to American National Fire Insurance Company); Guarantee Mutual Assurance Co. of America; Harford Mutual Insurance Company; Home Fire and Marine Insurance Company of California d/b/a Fireman's Fund Corporation; Lamorak Insurance Company (f/k/a OneBeacon America Insurance Company f/k/a Commercial Union Insurance Company f/k/a Employers Commercial Union Insurance Company); Metropolitan Casualty Insurance Company; Michigan Millers Mutual Insurance Company; National Surety Corporation; Nationwide Mutual Insurance Company (f/k/a Farm Bureau Mutual Automobile Insurance Company); New England Insurance Company (f/k/a New England Reinsurance Corporation); New Hampshire Insurance Company; New Hampshire Insurance Company (f/k/a Mainland Insurance Company, successor-in-interest to New York Casualty Insurance Company); New York Central Mutual Fire Insurance Company; Pawtucket Insurance Company; Peerless Insurance Company; Pennsylvania Lumbermens Mutual Insurance Company; Phoenix & London Assurance Limited; SPARTA Insurance Company (successor-in-interest to American Employers' Insurance Company); St. Paul Mercury Insurance Company; Traveler's Indemnity Company (successor-in-interest to Gulf Insurance Company); and Yorkshire Insurance Company of New York (f/k/a The Yorkshire Indemnity Company of New York) ("Dismissed Insurers") *without prejudice, and without costs to any party as against any other.* The above-captioned adversary proceeding remains pending against all defendants other than the Dismissed Insurers.

Dated: April 18, 2022

| | |
|---|---|
| ELSAESSER ANDERSON, CHTD. | BOND, SCHOENECK & KING PLLC |
| By: */s/ Ford Elsaesser*<br>Ford Elsaesser<br>414 Church Street, Suite 201<br>Sandpoint, ID 83864<br>Telephone: (208) 263-8517<br>Facsimile: (208) 667-2150<br>ford@eaidaho.com | By: */s/ Stephen A. Donato*<br>Stephen A. Donato<br>Charles J. Sullivan<br>One Lincoln Center<br>Syracuse, NY 13202<br>Telephone: (315) 218-8336<br>Facsimile: (315) 218-8100<br>sdonato@bsk.com<br>csullivan@bsk.com |
| WOODS OVIATT GILMAN, LLP | BLANK ROME LLP |
| By: */s/ Timothy P. Lyster*<br>Timothy P. Lyster<br>1900 Bausch & Lomb Place<br>Rochester, NY 14604<br>Telephone: (585) 987-2894<br>Facsimile: (585) 445-2394<br>tlyster@woodsoviatt.com<br><br>*Counsel for the Parishes* | By: */s/ James R. Murray*<br>James R. Murray<br>Jared Zola<br>Robyn L. Michaelson<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 885-5209<br>Facsimile: (917) 591-8538<br>jim.murray@blankrome.com<br>jared.zola@blankrome.com<br>robyn.michaelson@blankrome.com<br><br>BLANK ROME LLP<br>James S. Carter<br>(admitted *pro hac vice*)<br>Blank Rome LLP<br>1825 Eye Street NW<br>Washington, DC 20006<br>Telephone: (202) 420-3409<br>Facsimile: (202) 420-2201<br>james.carter@blankrome.com<br><br>*Counsel for The Diocese of Buffalo, N.Y.* |

| | |
|---|---|
| CLYDE & CO LLP | STEPTOE & JOHNSON LLP |

CLYDE & CO LLP

By: */s/ Marianne May*
Marianne May
340 Mount Kemble Avenue, Ste 300
Florham Park, NJ 07932
Telephone: (973) 210-6700
Facsimile: (973) 210-6701
Marianne.May@clydeco.us

*Counsel for Ace Property and Casualty Insurance (successor-in-interest to Aetna Insurance Company); Century Indemnity Company; Federal Insurance Company; Indemnity Insurance Company of North America; Insurance Company of North America*

COUGHLIN MIDLIGE & GARLAND LLP

By: */s/ Steven G. Adams*
Steven G. Adams
88 Pine Street, 28th Floor
Wall Street Plaza
New York, NY 10005
Telephone: (212) 612-4984
Facsimile: (212) 480-3899
sadams@cmg.law

COUGHLIN MIDLIGE & GARLAND LLP
Lorraine Armenti
Tanya Mascarich
350 Mount Kemble Avenue
Morristown, NJ 07962
Telephone: (973) 267-0058
Facsimile: (973) 267-6442
larmenti@cmg.law
tmascarich@cmg.law

*Counsel for Arrowood Indemnity Company (successor-in-interest to American and Foreign Insurance Company, Eagle Indemnity Company of New York, Globe Indemnity Company, Phoenix Assurance Company of New York)*

STEPTOE & JOHNSON LLP

By: */s/ William Carson*
Harry Lee
John F. O'Connor, Jr.
William Carson
1330 Connecticut Ave. NW
Washington, DC 20036
Telephone: (202) 429-6268
Facsimile: (202) 429-3902
hlee@steptoe.com
joconnor@steptoe.com
wcarson@steptoe.com

*Counsel for American Guarantee and Liability Insurance Company; Providence Washington Insurance Company; Zurich American Insurance Company*

CLYDE & CO LLP

By: */s/ Robert E. Sweeney, Jr.*
Catalina J. Sugayan
Robert E. Sweeney, Jr.
55 W Monroe Street, Suite 3000
Chicago, IL 60603
Telephone; (312) 635-6978
Facsimile: (312) 635-6950
Catalina.sugayan@clydeco.us
Robert.sweeney@clydeco.us

*Counsel for Certain Underwriters at Lloyd's, London*

| | |
|---|---|
| GOLDBERG SEGALLA LLP<br><br>By: */s/ Jonathan Schapp*<br>Jeffrey L. Kingsley<br>Jonathan Schapp<br>Adam R. Durst<br>665 Main Street, Suite 400<br>Buffalo, NY 14203<br>Telephone: (716) 566-5400<br>Facsimile: (716)-566-5401<br>jkingsley@goldbergsegalla.com<br>jschapp@goldbergsegalla.com<br>adurst@goldbergsegalla.com<br><br>*Counsel for Employers Fire Insurance Company; Employers Insurance Company of Wausau (formerly known as Employers Insurance of Wausau A Mutual Company formerly known as Employers Mutual Liability Insurance Company of Wisconsin) and Wausau Underwriters Insurance Company; Nationwide Insurance Company of America; Nationwide Mutual Insurance Company )f/k/a Farm Bureau Mutual Automobile Insurance Company)* | MINTZ, LEVIN, COHN FERRIS, GLOVSKY AND POPEO, P.C.<br><br>By: */s/ Nancy D. Adams*<br>Nancy D. Adams<br>Grady Campion<br>Laura B. Stephens<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 542-6000<br>Facsimile: (617) 542-2241<br>nadams@mintz.com<br>grcampion@mintz.com<br>lbstephens@mintz.com<br><br>MINTZ, LEVIN, COHN FERRIS, GLOVSKY AND POPEO, P.C.<br>Dominic J. Picca<br>666 Third Avenue<br>New York, NY 10017<br>Telephone (212) 935-3000<br>Facsimile (212) 983-3000<br>djpicca@mintz.com |
| HURWITZ & FINE P.C.<br><br>By: */s/ Brian D. Barnas*<br>Brian D. Barnas<br>1300 Liberty Building<br>Buffalo, NY 14202<br>Telephone: (716) 849-8900<br>Facsimile: (716) 855-0874<br>bdb@hurwitzfine.com<br><br>*Counsel for Merchants Mutual Insurance Company* | CHOATE HALL & STEWART LLP<br><br>Douglas R. Gooding<br>Jonathan D. Marshall<br>Two International Place<br>Boston, MA 02110<br>Telephone (617) 248-5277<br>Facsimile: (617) 502-5277<br>dgooding@choate.com<br>jmarshall@choate.com<br><br>*Counsel for Excelsior Insurance Company; Liberty Mutual Insurance Company; Peerless Insurance Company* |

SKARZYNSKI MARICK & BLACK LLP

By: /s/ Karen M. Dixon
Michael M. Marick
Karen M. Dixon
353 North Clark Street, Suite 3650
Chicago, IL 60654
Telephone: (312) 946-4235
Facsimile: (312) 946- 4272
mmarick@skarzynski.com
kdixon@skarzynski.com

*Counsel for Great American Assurance Company (successor-in-interest to Agricultural Insurance Company) and Great American Insurance Company of New York (successor-in-interest to American National Fire Insurance Company)*

GIMIGLIANO MAURIELLO & MALONEY P.A.

By: /s/ John Maloney
John Maloney
163 Madison Avenue, P.O. Box 1449
Morristown, NJ 07962
Telephone: (973) 946-8230
Facsimile: (973) 946-8252
jmaloney@lawgmm.com

*Counsel for Hartford Accident and Indemnity Company and Hartford Fire Insurance Company (both improperly sued as predecessors-in-interest to The Hartford Financial Services Group) and New England Insurance Company (improperly sued as New England Insurance Company f/k/a New England Reinsurance Corporation)*

HAGERTY & BRADY

By: /s/ Michael A. Brady
Michael A. Brady
69 Delaware Avenue, Suite 1010
Buffalo, NY 14202
Telephone: (646) 856-9443
Facsimile: (646) 856-0511
mbrady@hagerty-brady.com

*Counsel for Pawtucket Insurance Company*

CARLTON FIELDS, P.A.

By: /s/ Nora A. Valenza-Frost
Robert W. DiUbaldo
Michael Margulies
Nora A. Valenza-Frost
405 Lexington Avenue, 36th Floor
New York, NY 10174
Telephone: (212) 785-5203
Facsimile: (212) 785-5203
rdiubaldo@carltonfields.com
mmargulies@carltonfields.com
nvalenza-frost@carltonfields.com

*Counsel for National Union Fire Insurance Company of Pittsburgh, PA; New Hampshire Insurance Company*

GERBER CIANO KELLY BRADY LLP

By: /s/ Kelly E. Petter
Daniel W. Gerber
Kelly E. Petter
599 Delaware Avenue, Suite 100
Buffalo, NY 14202
Telephone: (646) 650-5155
Facsimile: (646) 650-5155
dgerber@gerberciano.com

*Counsel for NGM Insurance Company (successor-in-interest to National Grange Mutual Insurance Company)*

KENNEDYS CMK LLP

By: /s/ Jillian Dennehy
Margaret F. Catalano
Jillian Dennehy
120 Mountain View Boulevard
Basking Ridge, NJ 07920
Telephone: (908) 848-6300
Facsimile: (908) 647-8390
Meg.catalano@kennedyscmk.com
Jillian.dennehy@kennedyslaw.com

*Counsel for North River Insurance Company; TIG Insurance Company (successor-in-interest to American Surety Company of New York); U.S. Fire Insurance Company*

COUGHLIN MIDLIGE & GARLAND LLP

By: */s/ Laura Brady*
Laura Brady
William Corbett
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, NJ 07962
Telephone: (973) 267-0058
Facsimile: (973) 267-6442
lbrady@cmg.law
wcorbett@cmg.law


KENNEY SHELTON LIPTAK NOWAK LLP

Judith Treger Shelton
Dick Haarhoff
The Calumet Building
233 Franklin Street
Buffalo, NY 14202
Telephone: (716) 853-3801
Facsimile: (716) 853-0265
jtshelton@klsnlaw.com
dchaarhoff@kslnlaw.com


GIBBONS P.C.

Robert K. Malone
Brett Theisen
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-6496
Facsimile (973) 639-6496
rmalone@gibbonslaw.com
btheisen@gibbonslaw.com

*Counsel for Selective Insurance Company of America (f/k/a Exchange Mutual Insurance Company f/k/a Exchange Mutual Indemnity Insurance Company)*

DENTONS US LLP

By: */s/ Geoffrey M. Miller*
Geoffrey M. Miller
1221 Avenue of the Americas, Ste 25
New York, NY 10020
Telephone: (917) 968-1503
Facsimile: (212) 768-6800
Geoffrey.Miller@dentons.com

*Counsel for St. Paul Fire and Marine Insurance Company; St. Paul Mercury Insurance Company; Travelers Casualty and Surety Company (successor-in-interest to Aetna Casualty and Surety Company); Travelers Indemnity Company (successor-in-interest to Gulf Insurance Company); U.S. Fidelity and Guaranty Company*


GOLDBERG SEGALLA LLP.

By: */s/ Sharon Angelino*
Sharon Angelino
665 Main Street, Suite 400
Buffalo, N.Y. 14203
Telephone: (716) 566-5411
Facsimile (716) 566-5401
sangelino@goldbergsegalla.com

*Counsel for Unigard Insurance Company (successor-in-interest to Jamestown Mutual Insurance Company)*